## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**RICOCHET MARKETING, INC.,**
**d/b/a G. F. GARDNER & ASSOCIATES**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.  3:06-cv-370-HTW-LRA**

**BUMBLE BEE SEAFOODS, LLC,**                                    **DEFENDANT**


### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court, being advised that this matter has been compromised and settled to the

satisfaction of the parties, finds that the action should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action should be, and

hereby is, dismissed with prejudice in its entirety with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 17th day of June, 2008.

                                    s/ HENRY T. WINGATE
                                    CHIEF UNITED STATES DISTRICT JUDGE


AGREED TO:

/s Russell Latino
RUSSELL LATINO (MB #102281)
Attorney for Plaintiff

/s William C. Brabec
WILLIAM C. BRABEC (MB #4240)
LARA E. WHITE (*pro hac vice)*
Attorneys for Defendant